UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MICHELLE BELL,                              08-CV-11094 (RJH)

                Plaintiff,      **ORDER TO PRODUCE INMATE**
                                            **FOR VIDEO CONFERENCE**

    -against-

DR. JOHNATHAN SMITH; MOUNT
VERNON HOSPITAL; DR. PHYSLLIS
HART,



                Defendants.
----------------------------------X
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE


    IT IS HEREBY ORDERED: that the Superintendent or other official in charge of the Bedford Hills Correctional Facility located in Bedford Hills, New York 10507, produce inmate Michele Bell, Inmate No.: DIN #02-G-1038, to participate in a Video Conference through means of a video-conference from the Bedford Hills Correctional Facility to the United States Courthouse; Southern District of New York, on June 30, 2009, commencing at 9:30 a.m., until completion. Upon receipt of this Order, the Superintendent or other facility designee is directed to contact Mr. Joel Blum from the Southern District of New York Audio/Visual Department at 212-805-0134 in order to conduct a

test and make the necessary arrangements for this video conference.

Dated:  New York, New York
        May 20, 2009

```
                              _____
                              JAMES C. FRANCIS IV
                              UNITED STATES MAGISTRATE JUDGE
```