UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE BELL,

           Plaintiff,

- against -

DR. JOHNATHAN SMITH ET AL.,

           Defendants.

1:08-cv-11094-RJH-JCF

**ORDER**

---

      Having reviewed the parties' correspondence, the Court sets the following schedule:

      August 14, 2009:    Defendants to file any motion to dismiss;

      October 14, 2009:    Plaintiff to file opposition papers;

      October 30, 2009:    Reply papers due.

      No premotion conference will be required.

SO ORDERED.

Dated: New York, New York
       August 7, 2009

                                            Richard J. Holwell
                                          United States District Judge